Naiel NASSAR, MD, Plaintiff–
Appellee Cross–Appellant

v.

UNIVERSITY OF TEXAS SOUTH-
WESTERN MEDICAL CENTER, De-
fendant–Appellant Cross–Appellee.

No. 11–10338.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2013.

Brian Patrick Lauten, Esq., Sawicki &
Lauten, L.L.P., Dallas, TX, for Plaintiff–
Appellee Cross–Appellant.

Myrna Salinas Baumann, Esq., King &
Spalding, L.L.P., Lars Hagen, Assistant
Attorney General, Office of the Attorney
General, Austin, TX, Michael Wayne John-
ston, Attorney, King & Spalding, L.L.P.,
Atlanta, GA, Daryl Langdon Joseffer,
Esq., King & Spalding, L.L.P., Washing-
ton, DC, for Defendant–Appellant Cross–
Appellee.

Before REAVLEY, ELROD, and
HAYNES, Circuit Judges.

*ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES*

PER CURIAM: *

A jury previously found in favor of
Plaintiff Dr. Naiel Nassar on claims
brought under Title VII of the Civil Rights

Act of 1964, 42 U.S.C. § 2000e *et seq.*, for
constructive discharge and retaliation. This
court vacated in part and affirmed in part
the district court's judgment, and we re-
manded for a recalculation of damages.
We rejected the Defendant's argument
that the district court erroneously instruct-
ed the jury on a mixed-motive theory of
retaliation.

The Supreme Court granted certiorari,
vacated, and remanded this case for fur-
ther consideration because Title VII retali-
ation claims must be proved according to
principles of but—for causation rather
than the mixed—motive test. We there-
fore VACATE the district court's judg-
ment in its entirety and REMAND for
further proceedings consistent with the
opinion of the Supreme Court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.